ENTERED ON DOCKET 11/1/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:   Rio Piedras Explosion Litigation | CIVIL CASE   96-2443 (CCC) |
| | CIVIL CASE   97-1384 (CCC) |

RECEIVED & FILED
OCT 31 2001
OFFICE-CLERK U.S.
DIST. CT.
SAN JUAN, PR

## PARTIAL JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3140, the claims of **Ernesta Ernestina Felix Diaz-Torres, Joaquin Duran-Martinez and Marisol Roman-Rosario** are dismissed from said action, with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

_____
Deputy Clerk